LAWRENCE SENECAL, an Infant, by JOHN SENECAL, His Guardian ad Litem, Appellant, v. JAMES DROLLETTE, Respondent. JOHN SENECAL, Appellant, v. JAMES DROLLETTE, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post,* p. 837.]